No. 83–725.   FREY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL FACILITY *v.* ANDERSON.   C. A. 8th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 83–748.   IN RE DELGADO.   Sup. Ct. S. C.   Motion of National Association of Criminal Defense Lawyers, Inc., for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 83–830.   LIMBACH, TAX COMMISSIONER OF OHIO *v.* BOOTHE FINANCIAL CORP.   Sup. Ct. Ohio.   Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.